UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTEN TOOL and SHANA SHIPPEE, Plaintiffs<br><br>v.<br><br>WILLIAMS COLLEGE, Defendant | Civil Action No. 1:18-cv-11746 |

SUPPLEMENTAL JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

At the Scheduling Conference on October 22, 2018, the parties were asked to confer and indicate whether they consent to trial before the Magistrate Judge. The parties have conferred and respectfully submit that they do not consent to trial before the Magistrate Judge.

Respectfully and jointly submitted,

KRISTEN TOOL & SHANA SHIPPEE,

By their attorney,

_____
Benjamin Knox Steffans (BBO# 568535)
Steffans Legal LLC
7 North Street, Suite 307
Pittsfield, Massachusetts 01201
bsteffans@steffanslegal.com

WILLIAMS COLLEGE,

By its attorney,

*/s/ Daryl Lapp (w/ permission)(BKS)*
Daryl J. Lapp (BBO #554980)
LOCKE LORD LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 239-0100

AM 70268330.1

CERTIFICATE OF SERVICE

      I certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            _____
                                            Benjamin Knox Steffans (BBO #568535)
                                            Date:  November 2, 2018